**STATE of Missouri, Respondent,**

v.

**William B. STURGEON, Appellant.**

**No. WD 40439.**

Missouri Court of Appeals,
Western District.

Jan. 31, 1989.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and COVINGTON, JJ.

ORDER

PER CURIAM.

From convictions of two counts of murder first degree, one count of first degree assault and three counts armed criminal action, the appellant alleges error in his not being able to argue an adverse inference from the state's not introducing his prior statements and limitation of his closing argument.

JUDGMENT AFFIRMED. Rule 30.-25(b).